# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                            **No. 4:24-cr-253-5**

**NYREON TUCKER**

## UNOPPOSED MOTION TO WITHDRAW

Comes now, Judith Shields, attorney for Nyreon Tucker and moves this Court to allow her to withdraw, and in support thereof would respectfully show the court the following:

1. Mr. Tucker was sentenced on March 20, 2026. The judgment was signed on April 1, 2026, a copy of which was provided to Mr. Tucker.

2. Counsel informed Mr. Tucker of his right to appeal, the deadline to file notice of appeal was April 14, 2026.

3. Mr. Tucker has chosen not to appeal the Court's judgment.

4. For these reasons, Judith Shields moves that she be allowed to withdraw as counsel.

Respectfully submitted,

/s/ Judith Shields

Judith Shields

SBOT 00793271
SDTX 424027
Attorney for Nyreon Tucker
10655 Six Pines, Suite 230
The Woodlands, Texas 77380
Phone: 936-703-5002
Fax: 877-900-2822
JudithShieldsAttorney@gmail.com

## CERTIFICATE OF CONFERENCE

On April 14, 2026, I communicated via email with Assistant United States Attorney Keri Fuller about the contents of this motion. She does not oppose the granting of the motion.

/s/ Judith Shields
Judith Shields

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered to all counsel of record, on April 14, 2026, via ECF.

/s/ Judith Shields
Judith Shields